# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SUE CAUSEY,

    Plaintiff,

v.                                          CASE NO. 8:16-cv-17-T-26AEP

COMCAST CABLE COMMUNICATIONS, LLC,

    Defendant.

_____/

## O R D E R

**UPON DUE CONSIDERATION**, Defendant's Unopposed Motion to Stay Action Pending Appeal (Dkt. 13) is granted. All proceedings in this case are stayed pending the outcome of the Defendant's interlocutory appeal to the Eleventh Circuit Court of Appeals. The Clerk is directed to **administratively close** this case during the period of the stay.

**DONE AND ORDERED** at Tampa, Florida, on March 2, 2016.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record